No. 2146. EL PUEBLO, APELADO, v. HERNÁNDEZ, APELANTE. C. de D. de San Juan, Distrito Segundo. R. feb. 25, 1924. Visto el alegato del apelante y el informe del fiscal y no habiéndose presentado pliego de exposición del caso ni de excepciones ni suscitado cuestión de derecho alguna, se confirma la sentencia.

Nos. 2071 al 2081. EL PUEBLO, APELADO, v. LAURNAGA & CÍA., SUCESORES, S. EN C., APELANTE.—C. de D. de Aguadilla. R. feb. 25, 1924. Por las razones consignadas en la opinión del caso No. 2053 El Pueblo v. Laurnaga & Cía. (pág. 831), se revocan las sentencias apeladas.

No. 3270. ARNALDO, APELADO, v. FERNÁNDEZ, APELANTE.— C. de D. de San Juan, Distrito Primero. R. feb. 25, 1924. Oída la moción verbal presentada en corte abierta por el abogado del apelado, se declara con lugar y se le tiene por desistido de su moción para desestimar la apelación.

No. 3266. SALAZAR ET AL., v. BECERRA, APELANTE.—C. de D. de Ponce. R. feb. 26, 1924. Apareciendo de la moción de desestimación y de la certificación que se acompaña, cuya vista se celebró en 25 del corriente sin asistencia de las partes, que en julio 27, 1921 fué apelada la sentencia dictada en este caso con fecha 29 de junio de 1921, y que el apelante no ha presentado transcripción de la evidencia o exposición del caso y pliego de excepciones ni solicitó prórrogas para tal fin, se declara con lugar la moción y se desestima la apelación.